**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 19-03004-EG |
| CHRISTOPHER PAUL ALICEA-HERNANDEZ<br>　　XXX-XX-5002<br>(Christopher P Alicea-Hernandez<br>Christopher Alicea-Hernandez<br>Chris Alicea Hernandez<br>Christopher Paul Alicea Hernandez<br>Christopher P Alicea Hernandez<br>Christopher Alicea Hernandez<br>CP Alicea-Hernandez<br>Christopher Alicea)<br>20 CLEARWATER DRIVE<br>GOOSE CREEK, SC  29445<br><br>ASHLEY RENEE ALICEA-HERNANDEZ<br>　　XXX-XX-2584<br>(Ashley R Alicea-Hernandez<br>Ashley Alicea-Hernandez<br>Ashley A Alicea Hernandez<br>Ashley Renee Alicea Hernandez<br>Ashley R Alicea Hernandez<br>Ashley Alicea Hernandez<br>FKA Ashley Renee Stevens<br>FKA Ashley R Stevens<br>FKA Ashley Stevens)<br><br>　　　　Debtors | (CHAPTER 13)<br><br>NOTICE OF MOTION/APPLICATION AND<br>OPPORTUNITY FOR HEARING |

**NOTICE OF HEARING**

　　James M. Wyman, the Chapter 13 Trustee, has filed an objection to your claim in this bankruptcy case.

　　**Your claim may be reduced, modified, or eliminated.**  You should read these papers carefully and discuss them with your attorney, if you have one.

　　If you do not want the court to eliminate or change your claim, then within 30 days from September 22, 2022, you or your attorney must:

　　File with the court a written response to the objection explaining your position at:

　　　　U.S. Bankruptcy Courthouse
　　　　1100 Laurel Street
　　　　Columbia, SC  29201-2423

　　Responses filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

　　If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

　　You must also send a copy to:

James M. Wyman  
P.O. Box 997  
Mt. Pleasant, SC  294650997

Meredith Law Firm, LLC  
4000 FABER DRIVE SUITE 120  
North Charleston, SC  29405-0000

CHRISTOPHER PAUL  
ALICEA-HERNANDEZ  
ASHLEY RENEE ALICEA-HERNANDEZ  
20 CLEARWATER DRIVE  
GOOSE CREEK, SC  29445

    Attend the hearing on the objection, scheduled to be heard on November 03, 2022 at 10:30 AM at the United States Bankruptcy Court, 145 King Street, Room 225, Charleston, SC 29401.

    If no response is timely filed and served, no hearing will be held on this objection, except at the direction of the judge.  If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order granting that relief prior to the scheduled hearing date , if determined to be appropriate

Dated: September 22, 2022

/s/ Russell Jackson, II  
PO Box 997  
Mt. Pleasant, SC  29465-0997  
Phone: (843) 388-9844 x  
Fax: (843) 388-9877  
Email: 13office@charleston13.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 19-03004-EG |
| CHRISTOPHER PAUL ALICEA-HERNANDEZ<br>ASHLEY RENEE ALICEA-HERNANDEZ | (CHAPTER 13) |
| | **TRUSTEE'S OBJECTION TO CLAIM** |
| Debtors | |

    James M. Wyman, Trustee, objects to the claim in the amount of $88,974.99 filed in the above-entitled case on August 15, 2022, court claim # 12 and any amendment thereto by:

BRANCH BANKING & TRUST COMPANY                                                  1903004/51
BANKRUPTCY SECTION/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
PO BOX 1847
WILSON, NC  27894-1847

and requests the claim be:

**<u>Disallowed for the following reason(s):</u>**

    The claim appears to be a duplicate of a previously filed claim for the same debt . Disallowance of the duplicate     claim is warranted pursuant to 11 U.S.C. §502(b)(1) as the debtor does not appear to owe for the second claim.

Dated:  <u>September 22, 2022</u>                <u>/s/ James M. Wyman</u>
                                                James Wyman, Trustee Dist Ct ID 5552
                                                Beth Renno, Staff Attorney Dist Ct ID 5627
                                                PO Box 997
                                                Mt. Pleasant, SC  29465-0997
                                                Phone: (843) 388-9844
                                                Fax: (843) 388-9877
                                                Email: 13office@charleston13.com

**19-03004-EG**

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as

| | |
|---|---|
| Meredith Law Firm, LLC<br>4000 FABER DRIVE SUITE 120<br>North Charleston, SC  29405 | CHRISTOPHER PAUL ALICEA-HERNANDEZ<br>ASHLEY RENEE ALICEA-HERNANDEZ<br>20 CLEARWATER DRIVE<br>GOOSE CREEK, SC  29445 |

BRANCH BANKING & TRUST COMPANY
BANKRUPTCY SECTION/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
PO BOX 1847
WILSON, NC  27894-1847

Date: September 22, 2022

/s/ Russell Jackson, II
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844 x
Fax: (843) 388-9877
Email: 13office@charleston13.com